**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SELVIN VILLEDA MONROY, a.k.a. Selvin Armando Villeda-Monroy, Petitioner, v. ERIC H. HOLDER, Jr., Attorney General, Respondent. | No. 09-73356 Agency No. A099-529-282 MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 15, 2012[**]

Before:    CANBY, GRABER, and M. SMITH, Circuit Judges.

Selvin Villeda Monroy, native and citizen of Guatemala, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for asylum and withholding

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings.  *Afriyie v. Holder*, 613 F.3d 924, 931 (9th Cir. 2010).  We grant the petition for review, and we remand.

The agency denied relief on the sole basis that Villeda Monroy failed to show the government was unwilling or unable to protect him.  Substantial evidence does not support this finding in light of Villeda Monroy's testimony regarding the murder of his grandparents, the murder of his father and the subsequent attack on Villeda Monroy by the same individuals.  *See id.* at 931-32.  Accordingly, we remand for further proceedings consistent with this disposition.  *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**